IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CHRISTOPHER PATRICK,

      Appellant,

v.

      Case No.  5D23-1560
      LT Case No. 2019-CF-000589

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 8, 2023

3.800 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Christopher Patrick, Brooksville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas, Jr.,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, SOUD and KILBANE, JJ., concur.